IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WANDA TURNER                                                                        PLAINTIFF

V.                                                                  CAUSE NO.: 1:13CV001-SA-DAS

AURORA AUSTRALIS LODGE, a/k/a
AURORA AUSTRALIS LODGE, LLC;
VANGUARD HEALTH CARE SERVICES, LLC
and JOHN DOE DEFENDANTS 1-10                                                        DEFENDANTS

ORDER ON MOTION

Pursuant to a Memorandum Opinion issued this day, Defendant Aurora Australis' Motion to Dismiss [6] is GRANTED, and Counts 3, 5, 6, and 7 of Plaintiff's Complaint are DISMISSED. Defendant Vanguard Health's Motion to Dismiss [11] is GRANTED IN PART and DENIED IN PART.

SO ORDERED, this the 10th day of September, 2013.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**