IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WANDA TURNER                                                                                    PLAINTIFF

V.                                                                    CAUSE NO.: 1:13CV001-SA-DAS

AURORA AUSTRALIS LODGE, a/k/a
AURORA AUSTRALIS LODGE, LLC;
VANGUARD HEALTH CARE SERVICES, LLC
and JOHN DOE DEFENDANTS 1-10                                                          DEFENDANTS

FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [61] is GRANTED, Plaintiff's claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 12th day of September, 2014.

                                         **/s/ Sharion Aycock**
                                         **U.S. DISTRICT JUDGE**